ther herein *in forma pauperis* granted. Petition for rehearing denied.

No. 94–7212. CUPIT *v.* WHITLEY, WARDEN, 513 U. S. 1163; and
No. 94–8440. BOAL *v.* DEPARTMENT OF THE ARMY, 514 U. S. 1116. Motions for leave to file petitions for rehearing denied.

## AUGUST 15, 1995

No. A–156 (O. T. 1995). MOSER, BY AND THROUGH HOLLAND *v.* HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS. Application to vacate the stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, granted. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate the stay of execution.

## AUGUST 16, 1995

No. A–158 (O. T. 1995). MOSER, BY AND THROUGH HOLLAND *v.* HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. Application to vacate the order of the United States Court of Appeals for the Third Circuit, presented to JUSTICE SOUTER, and by him referred to the Court, denied. CHIEF JUSTICE REHNQUIST would grant the application to vacate.

No. A–159 (O. T. 1995). MOSER, BY AND THROUGH HOLLAND *v.* HORN, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. Application to vacate the stay of execution of sentence of death, presented to JUSTICE SOUTER, and by him referred to the Court, granted. JUSTICE STEVENS, JUSTICE SOUTER, JUSTICE GINSBURG, and JUSTICE BREYER would deny the application to vacate the stay of execution.

## AUGUST 17, 1995

No. A–163 (O. T. 1995). ADAMS *v.* MOORE, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.